

**SO ORDERED.**
**SIGNED this 19th day of May, 2021**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE:   Christopher Daryl Burrell              #19-34061-SHB
         Becky Leanne Burrell                   Chapter 13

**ORDER DISMISSING CASE**

The Chapter 13 case is **DISMISSED** pursuant to Trustee certification that the plan has an accrued arrearage of $2,416.00; and it is further

ORDERED that the Trustee disburse the funds on hand pursuant to previous orders of this court entered in this case; and it is further

ORDERED that upon making the aforesaid disbursements the Trustee file her final account; and it is further

ORDERED that the Court shall retain jurisdiction of the Chapter 13 case pending closing to permit the entry of orders, administrative and otherwise, to facilitate the filing by the Chapter 13 Trustee of her final report and account; and it is further

ORDERED that unpaid filing fees, if any, are to be paid by the debtor to the Bankruptcy Court Clerk by cash, certified check, cashier's check or money order within ten (10) days.

# # #

APPROVED FOR ENTRY BY:
s/ Gwendolyn M. Kerney ( by en w/perm)
_____
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995